UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY RICHARDSON

RECEIVED
SDNY PRO SE OFFICE

2015 AUG 31 P 3: 04

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

POLICE OFFICER # 1 FROM 75th
PCT WHO WORKED ON 6-27-2015 AT
OR ABOUT 1:15 AM.

ARRESTING OFFICER #2 worked
at 75th PCT on 6-27-2015

THAT ARRESTED ME FOR DWI

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☑ Yes   ☐ No

(check one)

---

I.    **Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  ANTHONY RICHARDSON
ID #  9801500580
Current Institution  AMKC RIKERS ISLAND (C-95)
Address  18-18 HAZEN ST
QUEENS, NY. ~~11238~~ 11370

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant  No. 1    Name  ARRESTING OFFICER #1            Shield # _____
Where Currently Employed  75th PCT
Address  Sutter Avenue
BROOKLYN, NY

*Rev. 05/2010*                                    1

Defendant No. 2    Name _ARRESTING OFFICER #2_____    Shield #_____
                   Where Currently Employed _75TH PCT._____
                   Address _____SUTTER AVENUE_____
                   _____BROOKLYN, NY_____

Defendant No. 3    Name _____~Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 4    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 5    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____


## II.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?
_BROOKLYN NEW YORK SOUTHEAST CONDUIT Blvd.____
_____

B.    Where in the institution did the events giving rise to your claim(s) occur?
_AT THE SOUTHEAST CORNER OF SHERIDAN AVENUE AND_
_CONDUIT BOULEVARD, BROOKLYN, NY_____
_____

C.    What date and approximate time did the events giving rise to your claim(s) occur?
_JUNE 27th 2015    AT  1:10 AM._____
_____
_____

D.    Facts: ON June 27, 2015 I WAS DRiving My self To NORTH SHORE Long IsLand Jewish Hosp, Due My TAking My MEDICATIONS EARLIER thAT EVEN I WAS VERy TiRED, I FELT MYSELF Zig ZAg WHILE DRiving, So I pulled OVER into a gAS STATION on SHERIDAN AnD conduit Blvd, To Buy A Redbull DRINK to Keep ME UP As I goT ouT THE CAR ARRESTiNg OFFICERS #1 AnD 2 CAME up on ME with bRight light SHinning And ASK IF I Been DRiNKing "I SAiD No, I took my MEDICATIon AnD I'm TiRED" they pRoceeded To ARREST ME As I PuT MY LEFT HAND in THE AiR FRom bEHiND My bAck AT THE SAME TiME STATing wAiT I'm NoT DRuNK" They gRAbbED My Pinky Finger And bRoke iT to hand cuFF ME.

NO ONE ELSE WAS INVolVED

**III.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. LEFT PINKY Finger is bRoken ASKED ARRESTing OFFICERS To TAKE ME TO THE HospiTAl THEy NEVER DiD, UNCE I goT BAiLED ouT I WENT TO HospiTAl AnD X-RAys showED My Finger is broken

**IV.    Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____    No ✓

*Rev. 05/2010*                                3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

      Yes _____   No _____   Do Not Know _____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

      Yes _____   No _____   Do Not Know _____

      If YES, which claim(s)? _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

      Yes _____   No _____

      If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

      Yes _____   No _____

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance?

      _____

      1.    Which claim(s) in this complaint did you grieve? _____

      _____

      2.    What was the result, if any? _____

      _____

      3.    What steps, if any, did you take to appeal that decision?   Describe all efforts to appeal to the highest level of the grievance process. _____

      _____

      _____

      _____

F.    If you did not file a grievance:

      1.    If there are any reasons why you did not file a grievance, state them here: _____

      _____

      _____

      _____

      2.    If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:_____

_____

_____

_____

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

_____

_____

**Note:**   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I Am A DRiVER, it's WHaT I do FoR A living And I dRivE With both HAnidS. My Finger has to be REBRoken in oRdER to set it bAck coRReCT. 3,000,000 Monetary Compensation

_____

_____

_____

_____

_____

_____

_____

_____

_____

## VI.   Previous lawsuits:

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No __✓__

On these claims

*Rev. 05/2010*          5

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

      1.    Parties to the previous lawsuit:

      Plaintiff _____

      Defendants _____

      2.    Court (if federal court, name the district; if state court, name the county) _____
          _____

      3.    Docket or Index number _____

      4.    Name of Judge assigned to your case _____

      5.    Approximate date of filing lawsuit _____

      6.    Is the case still pending? Yes _____ No _____

          If NO, give the approximate date of disposition _____

      7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
          _____
          _____

> On other claims

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

      Yes _____    No _____

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

      1.    Parties to the previous lawsuit:

      Plaintiff _____

      Defendants _____

      2.    Court (if federal court, name the district; if state court, name the county) _____
          _____

      3.    Docket or Index number _____

      4.    Name of Judge assigned to your case _____

      5.    Approximate date of filing lawsuit _____

      6.    Is the case still pending? Yes _____ No _____

          If NO, give the approximate date of disposition _____

      7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
          _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _20th_ day of _AuGusT_, 201_5_

Signature of Plaintiff _Anthony Richardson_

Inmate Number _9801560580_

Institution Address _AmKC (C-95)_

_18-18 HAZEN ST_

_QueenS, NY 11370_

_____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _20th_ day of _AuGust_, 20_15_ I am delivering this complaint to prison authorities to be mailed to the _Pro Se_ Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Anthony Richardson_

ANTHONY RICH
18-18 HAZEN STREET
QUEENS, N.Y. 11370 WM LOU
9811500580



RECEIVED
SDNY PRO SE OFFICE
2015 AUG 31 P 3: 05

USM P3
SDNY



UNITED STATES POSTAGE
PITNEY BOWES
02 1P        $ 002.74⁰
0001762214  AUG 29 2015
MAILED FROM ZIP CODE 11355



THE DANIEL PATRICK MOYNIHAN

UNITED STATES COURTHOUSE

500 PEARL STREET, ROOM 200

NEW YORK, N.Y. 10007-1312